UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 08-2699-GAF (OP)                    Date:  October 14, 2008

Title: Manuel Ayala v. Darrell G. Adavis, Warden

---

PRESENT: THE HONORABLE   OSWALD PARADA            ☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
          NONE                                                NONE

PROCEEDINGS:   (IN CHAMBERS: ORDER RE: ANSWER TO PETITION; MOTION TO DISMISS PETITION)

On April 24, 2008, petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254. On August 27, 2008, respondent filed a motion to dismiss the petition on the ground that the claim one (ineffective assistance of appellate counsel) was unexhausted. To date, no opposition has been received from petitioner.

After a review of the aforementioned pleadings, the Court hereby stays its consideration of respondent's motion to dismiss pending consideration of the merits of all grounds for relief raised in the Petition. Respondent is hereby ordered to file and serve an Answer addressing the merits of the claims raised in the Petition in accordance with the Court's April 29, 2008, Order Requiring Response to Petition. Further, the parties shall comply with all other provisions of that order.

**IT IS SO ORDERED.**


cc:  All Parties of Record

                                                         Initials of Deputy Clerk _____

---

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL