UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL AYALA, | ) | Case No. CV 08-2699-GAF (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | |
| DARREL G. ADAVIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered (1) approving and adopting this
2  Report and Recommendation; and (2) denying Respondent's Motion to dismiss as
3  moot; and (3) directing that Judgment be entered denying the Petition and dismissing
4  this action with prejudice.
5  .

7  DATED:  December 4, 2009

   _____
   HONORABLE GARY A. FEESS
8  United States District Judge


10 Prepared by:

   _____
13 HONORABLE OSWALD PARADA
14 United States Magistrate Judge